**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **TRIUMVIRATE SYSTEMS LLC,** | Civil Action No.: 2:22-cv-02203 |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **ZULILY, LLC,** | |
| Defendant. | |

**ORDER GRANTING MOTION TO STAY
ALL DEADLINES AND NOTICE OF SETTLEMENT**

On this day came on to be considered the Unopposed Motion to Stay All Deadlines and Notice of Settlement (D.E. 11). The Court having now reviewed said Motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that the Motion is hereby GRANTED and all deadlines are further stayed until September 9, 2022.  If the case remains open on that date, the parties are ORDERED to file a status report.

IT IS SO ORDERED.

Dated:   July 12, 2022

s/Kimberly A. Jolson
UNITED STATES MAGISTRATE JUDGE